

**Greer, Shanel I.**

| | |
|---|---|
| Employee Number | 37857 |
| Department Number | 8140 |
| Remit Number | 162886 |
| Period End Date | 03/13/21 |
| Taxable Marital Status | S |

**Exemption Allowances/Additional**

| | |
|---|---|
| Federal: | 06/$0.00 |
| State: | 02/$0.00 |
| Local: | 00/$0.00 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | 64.00 | 19.220 | 1,230.08 | 7,688.01 |
| Bereave | 16.00 | 19.220 | 307.52 | 461.28 |
| GTLife | | 5.080 | 5.08 | 30.48 |
| PTO | | | | 1,076.32 |
| **Total Earnings** | | | **1,542.68** | **9,256.09** |

| Summary | Current | YTD |
|---|---|---|
| Total Gross Earnings | 1,542.68 | 9,256.09 |
| Total Pre Tax Deductions | 172.64 | 1,035.84 |
| Total Gross Taxable | 1,370.04 | 8,220.25 |
| Total Taxes | 195.29 | 1,171.67 |
| Total After Tax Deductions | 46.92 | 974.39 |
| Total Reimbursements | 0.00 | 0.00 |
| Net Pay | 1,122.75 | 6,043.71 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| | | |

| Distribution Account | Account# | Amount |
|---|---|---|
| payroll | xxxxxxxx1964 | 1,122.75 |

| Plan Name | Beg Bal | Used | Accrued | End Bal |
|---|---|---|---|---|
| PTO | 37.15 | 0.00 | 7.08 | 44.23 |

## Taxes and Deductions

| Pre-Tax Deductions | Amount | YTD Amount |
|---|---|---|
| Med EE G | 86.00 | 516.00 |
| HSA EE | 5.00 | 30.00 |
| EVis-EE | 16.59 | 99.54 |
| Dent EE | 8.26 | 49.56 |
| GroupLif | 5.43 | 32.58 |
| STD | 5.23 | 31.38 |
| 403B% EE | 46.13 | 276.78 |
| **Total Pre-Tax Deductions** | **172.64** | **1,035.84** |

| Mandated Taxes | Amount | YTD Amount |
|---|---|---|
| Fed Tax | 22.58 | 135.48 |
| SSI EE | 87.81 | 526.82 |
| FMHI EE | 20.54 | 123.21 |
| OH State | 28.96 | 173.76 |
| Akron | 35.40 | 212.40 |
| **Total Pre-Tax Deductions** | **195.29** | **1,171.67** |

| After Tax Deductions | Amount | YTD Amount |
|---|---|---|
| DpndLife | 0.47 | 2.82 |
| LTD | 6.50 | 39.00 |
| Food | 16.46 | 16.46 |
| Gift | 23.49 | 908.49 |
| FoodK | | 7.62 |
| **Total After Tax Deductions** | **46.92** | **974.39** |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| Med ER G | 481.81 | 2,890.86 |
| EAP | 0.50 | 3.00 |
| Dent ER | 20.04 | 120.24 |
| Life Ins | 1.59 | 9.54 |
| LTD - ER | 5.32 | 31.92 |
| STD - ER | 15.74 | 94.44 |
| 403B ER | 23.06 | 161.42 |
| SSI ER | 87.81 | 526.82 |
| FMHI ER | 20.54 | 123.21 |
| Oh Uemp | | 0.00 |
| HSA ER | | 550.00 |
| **Total Employer Contributions** | **656.41** | **4,511.45** |



One Perkins Square | Akron, Ohio    44308-1062

**KeyBank National Association**

6-103
410

Remit No.  162886

Date  3/19/2021

| Remit Amount |
|---|
| $ *****1,122.75 |

PAY    *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*

TO THE
ORDER
OF

**Shanel I Greer**
**1253 Dietz Ave**
**Akron, OH  44301**

DIRECT DEPOSIT ADVICE

# NON-NEGOTIABLE



**Greer, Shanel I.**

| | |
|---|---|
| Employee Number | 37857 |
| Department Number | 8140 |
| Remit Number | 182181 |
| Period End Date | 04/24/21 |
| Taxable Marital Status | S |
| Exemption Allowances/Additional | |
| Federal: | 06/$0.00 |
| State: | 02/$0.00 |
| Local: | 00/$0.00 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | 72.00 | 19.220 | 1,383.86 | 11,777.09 |
| PTO | 8.00 | 19.220 | 153.76 | 1,600.07 |
| GTLife | | 5.080 | 5.08 | 45.72 |
| Bereave | | | | 461.28 |
| **Total Earnings** | | | **1,542.70** | **13,884.16** |

| Summary | Current | YTD |
|---|---|---|
| Total Gross Earnings | 1,542.70 | 13,884.16 |
| Total Pre Tax Deductions | 172.64 | 1,553.76 |
| Total Gross Taxable | 1,370.06 | 12,330.40 |
| Total Taxes | 195.28 | 1,757.50 |
| Total After Tax Deductions | 533.96 | 1,709.25 |
| Total Reimbursements | 0.00 | 0.00 |
| Net Pay | 635.74 | 8,817.93 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| | | |

| Distribution Account | Account# | Amount |
|---|---|---|
| payroll | xxxxxxxx1964 | 635.74 |

| Plan Name | Beg Bal | Used | Accrued | End Bal |
|---|---|---|---|---|
| PTO | 39.13 | 8.00 | 7.08 | 38.21 |

## Taxes and Deductions

| Pre-Tax Deductions | Amount | YTD Amount |
|---|---|---|
| Med EE G | 86.00 | 774.00 |
| HSA EE | 5.00 | 45.00 |
| EVis-EE | 16.59 | 149.31 |
| Dent EE | 8.26 | 74.34 |
| GroupLif | 5.43 | 48.87 |
| STD | 5.23 | 47.07 |
| 403B% EE | 46.13 | 415.17 |
| **Total Pre-Tax Deductions** | **172.64** | **1,553.76** |

| Mandated Taxes | Amount | YTD Amount |
|---|---|---|
| Fed Tax | 22.58 | 203.22 |
| SSI EE | 87.81 | 790.23 |
| FMHI EE | 20.53 | 184.81 |
| OH State | 28.96 | 260.64 |
| Akron | 35.40 | 318.60 |
| **Total Pre-Tax Deductions** | **195.28** | **1,757.50** |

| After Tax Deductions | Amount | YTD Amount |
|---|---|---|
| DpndLife | 0.47 | 4.23 |
| LTD | 6.50 | 58.50 |
| Food | 20.91 | 48.04 |
| Gift | 169.22 | 1,232.60 |
| Garnishm | 336.86 | 336.86 |
| FoodK | | 29.02 |
| **Total After Tax Deductions** | **533.96** | **1,709.25** |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| Med ER G | 481.81 | 4,336.29 |
| EAP | 0.50 | 4.50 |
| Dent ER | 20.04 | 180.36 |
| Life Ins | 1.59 | 14.31 |
| LTD - ER | 5.32 | 47.88 |
| STD - ER | 15.74 | 141.66 |
| 403B ER | 23.06 | 207.54 |
| SSI ER | 87.81 | 790.23 |
| FMHI ER | 20.53 | 184.81 |
| Oh Uemp | | 0.00 |
| HSA ER | | 1,100.00 |
| **Total Employer Contributions** | **656.40** | **7,007.58** |

---



One Perkins Square | Akron, Ohio    44308-1062

**KeyBank National Association**

6-103
410

Remit No.  182181

Date  4/30/2021

| Remit Amount |
|---|
| $ *******635.74 |

PAY    *VOID* *VOID* *VOID* *VOID* *VOID* *VOID* *VOID* *VOID*

TO THE ORDER OF

**Shanel I Greer**
**1253 Dietz Ave**
**Akron, OH  44301**

## DIRECT DEPOSIT ADVICE

## NON-NEGOTIABLE



Akron Children's Hospital

Greer, Shanel I.

| | |
|---|---|
| Employee Number | 37857 |
| Department Number | 8140 |
| Remit Number | 207805 |
| Period End Date | 06/19/21 |
| Taxable Marital Status | S |
| Exemption Allowances/Additional | |
| Federal: | 06/$0.00 |
| State: | 02/$0.00 |
| Local: | 00/$0.00 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | 72.00 | 19.220 | 1,383.84 | 17,317.27 |
| PTO | 8.00 | 19.220 | 153.76 | 2,210.31 |
| GTLife | | 5.080 | 5.08 | 66.04 |
| Bereave | | | | 461.28 |
| **Total Earnings** | | | **1,542.68** | **20,054.90** |

| Summary | Current | YTD |
|---|---|---|
| Total Gross Earnings | 1,542.68 | 20,054.90 |
| Total Pre Tax Deductions | 172.64 | 2,244.32 |
| Total Gross Taxable | 1,370.04 | 17,810.58 |
| Total Taxes | 195.29 | 2,538.61 |
| Total After Tax Deductions | 543.82 | 3,641.46 |
| Total Reimbursements | 0.00 | 0.00 |
| Net Pay | 625.85 | 11,564.47 |

| Reimbursements | Amount | YTD Amount |
|---|---|---|
| | | |

| Distribution Account | Account# | Amount |
|---|---|---|
| payroll | xxxxxxxx1964 | 625.85 |

| Plan Name | Beg Bal | Used | Accrued | End Bal |
|---|---|---|---|---|
| PTO | 35.69 | 8.00 | 7.08 | 34.77 |

## Taxes and Deductions

| Pre-Tax Deductions | Amount | YTD Amount |
|---|---|---|
| Med EE G | 86.00 | 1,118.00 |
| HSA  EE | 5.00 | 65.00 |
| EVis-EE | 16.59 | 215.67 |
| Dent EE | 8.26 | 107.38 |
| GroupLif | 5.43 | 70.59 |
| STD | 5.23 | 67.99 |
| 403B% EE | 46.13 | 599.69 |
| **Total Pre-Tax Deductions** | **172.64** | **2,244.32** |

| Mandated Taxes | Amount | YTD Amount |
|---|---|---|
| Fed Tax | 22.58 | 293.54 |
| SSI EE | 87.81 | 1,141.44 |
| FMHI EE | 20.54 | 266.95 |
| OH State | 28.96 | 376.48 |
| Akron | 35.40 | 460.20 |
| **Total Pre-Tax Deductions** | **195.29** | **2,538.61** |

| After Tax Deductions | Amount | YTD Amount |
|---|---|---|
| DpndLife | 0.47 | 6.11 |
| LTD | 6.50 | 84.50 |
| Gift | 200.00 | 1,766.14 |
| Garnishm | 336.85 | 1,684.27 |
| Food | | 71.42 |
| FoodK | | 29.02 |
| **Total After Tax Deductions** | **543.82** | **3,641.46** |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| Med ER G | 481.81 | 6,263.53 |
| EAP | 0.50 | 6.50 |
| Dent ER | 20.04 | 260.52 |
| Life Ins | 1.59 | 20.67 |
| LTD - ER | 5.32 | 69.16 |
| STD - ER | 15.74 | 204.62 |
| 403B ER | 23.06 | 299.78 |
| SSI ER | 87.81 | 1,141.44 |
| FMHI ER | 20.54 | 266.95 |
| Oh Uemp | | 0.00 |
| HSA  ER | | 1,100.00 |
| **Total Employer Contributions** | **656.41** | **9,633.17** |



Akron Children's Hospital

One Perkins Square | Akron, Ohio   44308-1062

KeyBank National Association

6-103
410

Remit No.  207805

Date  6/25/2021

| Remit Amount |
|---|
| $ *******625.85 |

PAY   *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*

TO THE ORDER OF
**Shanel I Greer**
**1253 Dietz Ave**
**Akron, OH  44301**

DIRECT DEPOSIT ADVICE

# NON-NEGOTIABLE